**No. 50265.**—Protest 103924–K of R. C. Nelms, Jr. (San Antonio).

Opinion by Cole, J. Defendant's motion to dismiss the protest was granted.

Before the Second Division, June 16, 1945

**No. 50266.**—Protest 101603–K of Stoffel & Co., Inc. (New York).

Opinion by Kincheloe, J. In accordance with stipulation of counsel that the merchandise consists of calendars similar in all material respects to those the subject of *United States* v. *Thorens, Inc.* (32 C. C. P. A. 137, C. A. D. 298), the protest was sustained as claimed.

**No. 50267.**—Protests 739619–G, etc., of Akawo & Co., Ltd. (New York).

Opinion by Kincheloe, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that passed upon in *United States* v. *Nippon Import & Trading Co.* (30 C. C. P. A. 89, C. A. D. 220), the claim at 35 percent under paragraph 921 was sustained.